UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11392-GAO

PAUL A. CALVO, TRUSTEE OF R.C. TRUST,
Plaintiff,

v.

ERNEST E. COVINO, JR., ANN M. CUMMINGS, JOHN E. DEFRANCESCO, JOSEPH A. IMPEMBA, PAUL R. RAYMOND, PAUL F. ROTH, JAYNE L. HYDE, TOWN OF BURLINGTON,
Defendants.

ORDER
September 6, 2012

O'TOOLE, D.J.

As a result of the voluntary dismissal of the federal claims asserted in Count V, the only remaining claims arise under state law. Since the case was removed to this Court on the basis of federal question jurisdiction only, the parties' joint motion to remand (dkt. no. 28) the case to the state court is appropriate and is GRANTED. The case is remanded to the Massachusetts Superior Court for Middlesex County.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge